PROB 12C
(7/93)

Report Date: May 2, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 02 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Blair Riding          Case Number: 2:09CR00103-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 2/25/2005

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 63 Months; TSR - 36      Type of Supervision: Supervised Release
                         Months

Asst. U.S. Attorney:     U.S. Attorney's Office            Date Supervision Commenced: 4/17/2009

Defense Attorney:        Federal Defenders Office          Date Supervision Expires: 4/16/2012

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

1  **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

   **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

   **Special Condition #17**: The defendant shall maintain full-time employment or participate in academic or vocational development throughout the term of supervision as deemed appropriate by the probation office.

   **Supporting Evidence:** On May 2, 2011, this officer contacted the offender's manager at Meineke Car Care Center in Spokane, Washington. The manager informed this officer that Mr. Riding worked his last day on April 28, 2011. He further indicated that Blair Riding was scheduled to work on April 29 and 30, 2011, however, failed to report either day for work. As a result, the employer hired a replacement for the offender on April 30, 2011.

2  **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

Prob12C
Re: Riding, Blair
May 2, 2011
Page 2

**Supporting Evidence**: On April 29, 2011, this officer spoke with the offender's uncle. He informed this officer that Blair Riding admitted to him that he had self-medicated with Valium, in order to sleep, as he was having anxiety. In addition, the uncle advised that he found two prescription bottles in the offender's trailer. Both prescriptions were prescribed to an individual by the name of "Cassandra Smith." The uncle further stated that one of the prescriptions was recently filled.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/02/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

*May 2, 2011*
Date