PROB 12C
(7/93)

Report Date: May 11, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAY 1 1 2011**

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Blair Riding                 Case Number: 2:09CR00103-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 2/25/2005

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 63 Months; TSR - 36        Type of Supervision: Supervised Release
                       Months

Asst. U.S. Attorney:   Matthew F. Duggan                   Date Supervision Commenced: 4/17/2009

Defense Attorney:      Federal Defenders                   Date Supervision Expires: 4/16/2012

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/2/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: This officer conducted a criminal records check regarding Blair Riding on May 10, 2011. This inquiry reflects the following contacts with law enforcement. |
| | On April 23, 2011, Mr. Riding was charged with third degree driving while license suspended by the Spokane Police Department (SPD), in Spokane, Washington. No police report is available at this time. |
| | Spokane County Municipal District Court records reflect that the offender failed to appear for his arraignment on May 3, 2011. As a result a bench warrant was issued in this matter on May 9, 2011. The warrant was returned in this case on May 9, 2011. On May 10, 2011, the charged was amended to no valid operator's license. |
| | On May 2, 2011, Blair Riding was charged with third degree driving while license suspended by SPD in Spokane. No police report is available at this time. |

Prob12C
Re: **Riding, Blair**
May 11, 2011
Page 2

Spokane County District Court records reflect that the arraignment in this case is scheduled for May 16, 2011.

4    **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: The offender has failed to submit his monthly report form by May 6, 2011, as required by his supervision conditions.

5    **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Mr. Riding failed to advise the probation office of having contact with law enforcement on April 23 and May 2, 2011.

6    **Standard Condition #9**: You shall not associate with any persons engaged in criminal activity, and shall not associate with any persons convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On April 27, 2011, Blair Riding was driving a vehicle involved in a traffic stop by Spokane Police. One of the occupants, Michael R. Hunter, was arrested on felony drug possession charges. Michael R. Hunter is a convicted felon. Mr. Hunter has 9 felony convictions. Michael Hunter has convictions for the following crimes: 2 robberies, 2 residential burglaries, 3 drug possessions/delivery cases, and 2 forgeries.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/11/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

Prob12C
Re: Riding, Blair
May 11, 2011
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

_____
Signature of Judicial Officer

May 11, 2011
Date